# JAFFE & ASHER LLP

ATTORNEYS AT LAW

NEW YORK OFFICE
600 THIRD AVENUE
NEW YORK, NY 10016-1901

ESTABLISHED 1974
WWW.JAFFEANDASHER.COM

**MEMO ENDORSED**

TOLL FREE 888-625-9695
TEL 212-687-3000
FAX 212-687-9639

WRITER'S EMAIL
DShyer@JaffeAndAsher.com

DIRECT DIAL
646-313-2533

May 26, 2015

**VIA ECF**

Hon. Ronnie Abrams, U.S.D.J.
United States District Court
Southern District Of New York
40 Foley Square, Room 2203
New York, New York 10007

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 26 2015
```

Re: **Liberty Mutual Fire Insurance Company v. AIG Specialty Insurance Company, f/k/a Chartis Specialty Insurance Company**
Civil Action No. :   15 Civ. 1994 (RA)

Dear Judge Abrams:

This firm represents plaintiff LIBERTY MUTUAL FIRE INSURANCE COMPANY ("Liberty Mutual") in the above-entitled action. We submit this letter motion for an adjournment of the initial status conference from May 29, 2015, to a date in mid-to-late June, and a concurrent extension of the deadline for submitting the parties' proposed Civil Case Management Plan and Scheduling Order and letter.

Liberty Mutual and defendant AIG SPECIALTY INSURANCE COMPANY, f/k/a CHARTIS SPECIALTY INSURANCE COMPANY ("AIG") are making progress with settlement negotiations, and hope to have this matter resolved in the next two weeks. With that in mind, we have agreed to AIG's request to extend its time to serve an Answer until June 3, and we hope to have this matter resolved by that time. We do not wish to use the Court's time and resources on this Conference if, as appears likely, this action settles soon.

This is the first request for an adjournment of the Initial Conference. We have spoken with counsel for AIG, William Cleary, who consents and joins in this request.

Respectfully Submitted,

JAFFE & ASHER, LLP

By: _____
David R. Shyer, Esq.

DRS/
Cc:   William J. Cleary, Esq. (via email only)

**ENDORSEMENT:**

Application granted. The initial conference is adjourned until June 18, 2015 at 12:15 p.m. The parties' joint status letter shall be due on week prior. Pursuant to the parties' agreement, Defendant's time to answer or otherwise move for relief is extended through June 3, 2015.
SO ORDERED.

Ronnie Abrams, U.S.D.J.
May 26, 2015